IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>             APPELLEE,<br><br>    v.<br><br>WILLIAM LEE PAIT, Jr.,<br>             APPELLANT. | NO.  13-4666 |

**MOTION TO WITHDRAW AS COUNSEL**

STEPHEN C. GORDON, counsel for the appellant, WILLIAM LEE PAIT, Jr., respectfully requests that this Court grant him leave to withdraw as appellate counsel in this case.  With respect thereto, counsel respectfully shows this Court the following:

(1)  This is an appeal from a conviction and sentence in the United States District Court for the Eastern District of North Carolina.

(2)  The Federal Public Defender has assigned Mr. Pait's appeal to the undersigned.

(3) An attorney from the Federal Public Defender's Office represented Mr. Pait in the district court, through both the plea and sentencing phases of this case.

(4) Mr. Pait entered his guilt plea under an agreement with the government that waived his right to challenge a within-guideline sentence. Subsequently, the judge sentenced Mr. Pait to a term of imprisonment for six-hundred months, fifty years. The sentence the court imposed represented the top of the applicable guideline range, but it was, notwithstanding, within the range established at Mr. Pait's sentencing hearing.

(5) It has been counsel's experience in cases involving both a lengthy prison sentence and an appeal waiver that appellants wish to have *every* avenue available to them to challenge their sentences. One of these avenues is to pursue a claim of ineffective assistance of counsel.

(6) Undersigned counsel has been unable to speak or write to Mr. Pait since taking on this appeal. The reason, as will be explained more

fully in paragraph (10), is that Mr. Pait's has been "in transit" to the Bureau of Prisons facility since the time the undersigned counsel took on this appeal.

(7)  Counsel believes he cannot raise, nor even explore, a claim of ineffective assistance of counsel because he is a colleague of the Assistant Federal Public Defender who represented Mr. Pait in the court below.  As a result, an actual conflict of interest exists between counsel's duty zealously to represent Mr. Pait's interests and the fact that counsel works in the same office as Mr. Pait's former attorney.

(8)  This Court has entered a briefing order in Mr. Pait's case, and counsel has already received one extension of the filing deadline.  Counsel fears that even if this Court grants a second extension of time that stretches out the total period for filing to one month, he may not succeed in speaking with Mr. Pait before the opening brief and joint appendix *must* be filed.

(9)  Counsel therefore believes that the most advisable course here is to move this Court to appoint new counsel, someone from outside the Federal Public Defender's Office, to represent Mr. Pait in this appeal.

(10)  Counsel is not able to serve this motion on Mr. Pait at this time. As noted, since counsel's appointment to this case, Mr. Pait has been "in-transit" to the Bureau of Prisons facility to which he has been designated. Counsel will continue his attempts to locate Mr. Pait and speak with him. If the undersigned is successful, he will advise this Court immediately.

Wherefore, for the foregoing reasons, counsel respectfully requests that he be allowed to withdraw from further representation of Mr. Pait, and that an attorney from outside of the Federal Public Defender's Office be appointed to represent Mr. Pait in this appeal.

Respectfully submitted this 11th day of December, 2013.

>THOMAS P. McNAMARA
>Federal Public Defender
>
>*/s/ Stephen C. Gordon*
>STEPHEN C. GORDON
>Assistant Federal Public Defender

N.C. Bar No. 15873

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 11, 2013 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, and the Clerk will send notice of such filing to the following registered CM/ECF user:

> JENNIFER P. MAY-PARKER
> Assistant United States Attorney
> 310 New Bern Avenue
> Suite 800, Federal Building
> Raleigh, NC 27601-1461

This the 10th day of December, 2013.

> /s/ *Stephen C. Gordon*
> STEPHEN C. GORDON
> Assistant Federal Public Defender
> N.C. Bar No. 15873